IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**GERALD GORLESKI**

v.                    CIVIL NO.: S-01-2220

**UNITED STATES**

2002 DEC 11  P 4: 29

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

## JUDGMENT

The above entitled case having come on before the Court for trial, without a jury, Honorable Beth P. Gesner U.S. Magistrate Judge, presiding. The issues were tried and oral argument of counsel heard and a decision has been rendered by Oral Findings of Fact and Conclusions of Law as stated in open Court on December 10, 2002.

It is this 11TH day of December, 2002, for reasons stated in open Court ORDERED and ADJUDGED:

> 1. That judgment BE and hereby IS ENTERED in favor of the plaintiff and against the defendant, viz: (1) for medical damages in the sum of $2177.07; for property damages in the sum of 738.50; and for non-economic damages in the sum of $2500.00, for a total sum of $5415.57, with costs.

_/s/ Beth P. Gesner_
Beth P. Gesner, Magistrate Judge
U.S. District Court